**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE**

UNITED STATES OF AMERICA,     )
           )
     Plaintiff,      )
           )
vs.           )     No.   3:19-CR-151
           )     (VARLAN/POPLIN)
MAHLON PRATER,     )
           )
     Defendant.     )

**MOTION TO DISMISS SUPERSEDING INDICTMENT
AS TO DEFENDANT MAHLON PRATER**

**COMES** MAHLON PRATER, by and through appointed counsel, and, pursuant to Federal Rule of Criminal Procedure 12(b)(3) and Local Rule 7.1, respectfully moves this Honorable Court to dismiss the superseding indictment as to him, on the grounds of, *inter alia*, double jeopardy in violation of the Fifth Amendment to the U.S. Constitution. For grounds, your Movant would show that he previously pleaded guilty to conspiracy in *United States v. Mahlon Prater*, docket no. 3:19-CR-152, *see* Doc.15, Page ID #22-29 therein; and that the charges against him in the instant cause relate to the same conspiracy to which he previously pleaded guilty, thereby exposing him to successive prosecution for the same conspiracy. *See, e.g., United States v. Dixon*, 509 U.S. 688, 696 (1993) (double jeopardy "protection applies both to successive punishments and to successive prosecutions for the same criminal offense"). As such, the allegations against Mr. Prater in the Superseding Indictment are constitutionally defective and cannot form a basis for his prosecution.

Additionally, the other charges against Mr. Prater in the Superseding Indictment in case no. 3:19-CR-151 are impermissible, on double jeopardy/multiplicity and other grounds; and must be dismissed as well.

Consequently, Mr. Prater should be dismissed as a defendant in cause no. 3:19-CR-151.

Respectfully submitted this 18th day of September, 2020.

**GULLEY OLDHAM, PLLC**

s/Gerald L. Gulley, Jr._____
GERALD L. GULLEY, JR., Esq.
(BOPR #013814)
Attorney for MAHLON PRATER

P.O. Box 158
Knoxville, TN  37901-0158
(865) 934-0753

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed electronically, with notice of this filing to be sent by operation of the Court's electronic case filing system; any other interested parties will be served by regular United States Mail with prepaid first-class postage thereon sufficient to cause delivery.  Parties may access this filing through the Court's electronic case filing system.

This the 18th day of September, 2020.

By:    s/Gerald L. Gulley, Jr._____
Attorney